DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
DEC - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   YENDI A. ESTRADA

Chapter 13
Case No. 05-3-1459 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $48.80 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 026 | CLERK OF THE COURT FOR NATIONAL CREDIT<br>100 J & S OFFICE CENTER<br>FARMINGTON HILL, MI 48333 | $48.80 |

Dated:   December 6, 2010

_____
CECILIA MARCELO
Receipts Administrator